In the Matter of the Application of LILLIAN A. GOULD, Respondent, for an Inspection of the Books and Papers of the GOULD COUPLER COMPANY, Appellant.

*Matter of Gould,* 143 App. Div. ——, affirmed.
(Argued March 16, 1911; decided April 4, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 4, 1911, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the appellant herein to permit the petitioner to examine its books and papers.

*Daniel J. Kenefick, David T. Davis* and *William B. Symmes, Jr.,* for appellant.

*Charles B. Sears* for respondent.

Order affirmed, with costs, without prejudice to any application to the Supreme Court for limitation of the provisions of the order; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: HAIGHT, J.